UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for M&T Bank

Case No: 26-14233 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:

Dahlia Velazquez aka Dahlia Velazquez aka Dahlia I
Velazquez Solivan aka Dahlia Iris Velazquez Solivan aka
Dahlia Velazquez Solivan aka Dahlia Iris Velazquez
Leonte Hernandez

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/23/2026

/s/ *Matthew Fissel*

Matthew Fissel
23 Apr 2026, 10:12:14, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: ceace6982a2672fe8f2d21a8dfeb9890692f72d301d026539f675b539365a755