Certificate Number: 15111-NJ-DE-040987592

Bankruptcy Case Number: 26-14233



15111-NJ-DE-040987592

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2026, at 9:43 o'clock AM EDT, Dahlia I Velazquez completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 18, 2026          By:     /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:   Executive Director of Education