Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−14233−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dahlia I Velazquez
aka Dahlia I Velazquez Solivan, aka Dahlia
Velazquez, aka Dahlia Iris Velazquez
Solivan, aka Dahlia Iris Velazquez, aka
Dahlia Velazquez Solivan
33 Hyacinth Lane
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−9951

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 16, 2026.

Dated: July 16, 2026
JAN: jld

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 26-14233-JNP |
|---|---|
| Dahlia I Velazquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dahlia I Velazquez, 33 Hyacinth Lane, Sicklerville, NJ 08081-2526 |
| 521076038 | + Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521076053 | + University Radiology at Cooper, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 521076055 | + Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2026 21:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2026 21:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521076014 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2026 21:58:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521076015 | + Email/Text: ally@ebn.phinsolutions.com | Jul 16 2026 21:55:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 521217762 | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 21:58:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521076016 | + Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 21:58:32 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521261006 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521076017 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 16 2026 21:54:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521254139 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 16 2026 21:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 521076018 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 21:58:30 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521076019 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 21:58:30 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521076020 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 21:58:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521076021 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 21:58:16 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 521076022 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 21:58:25 | Citibank, Attn: Bankruptcy Department, P.O.Box |

| | | | | |
|---|---|---|---|---|
| | | | | 790046, St. Louis, MO 63179-0046 |
| 521076023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 21:58:25 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521076024 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 21:56:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 521076025 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 21:56:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 521076026 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 21:56:00 | Comenity/MPRC, Attn: Bankrutpcy, Po Box 182125, Columbus, OH 43218-2125 |
| 521076027 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 21:56:00 | Comenitycapital/michae, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 521076028 | ^ | MEBN | Jul 16 2026 21:48:59 | Cooper University Health Care, ATTN: Patient Billing, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 521076029 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 21:58:13 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521076030 | + | Email/Text: mrdiscen@discover.com | Jul 16 2026 21:55:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521265052 | + | Email/Text: BNCnotices@dcmservices.com | Jul 16 2026 21:56:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 521076031 | | Email/Text: bankruptcycourts@equifax.com | Jul 16 2026 21:55:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 521076032 | ^ | MEBN | Jul 16 2026 21:47:00 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 521076033 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 21:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521236607 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 21:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521203889 | + | Email/Text: RASEBN@raslg.com | Jul 16 2026 21:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521076034 | | Email/Text: BNCnotices@dcmservices.com | Jul 16 2026 21:56:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 521076035 | | Email/Text: govtaudits@labcorp.com | Jul 16 2026 21:55:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 521242854 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 21:58:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521076036 | | Email/Text: camanagement@mtb.com | Jul 16 2026 21:56:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521264000 | | Email/Text: camanagement@mtb.com | Jul 16 2026 21:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521076037 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 16 2026 21:55:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 521250429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 21:58:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521251756 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 21:58:15 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 521076038 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 16 2026 21:58:33 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |

District/off: 0312-1 User: admin Page 3 of 4

Date Rcvd: Jul 16, 2026 Form ID: plncf13 Total Noticed: 59

| | | | |
|---|---|---|---|
| 521206232 | + Email/Text: bncmail@w-legal.com | Jul 16 2026 21:56:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 521254366 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 21:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521254369 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 21:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521254372 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2026 21:56:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 521076040 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 16 2026 21:55:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521076039 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2026 21:56:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521076041 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:20 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 521076042 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:12 | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 521076043 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521076044 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:29 | Synchrony Bank/At Home CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 521076045 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:21 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521076046 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:20 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521076047 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:20 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521076048 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:20 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 521076049 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521076050 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 21:58:20 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521076051 | + Email/Text: SShiver@winslowtownship.com | Jul 16 2026 21:56:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 521076052 | ^ MEBN | Jul 16 2026 21:47:05 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 521076054 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 16 2026 21:56:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-1                             User: admin                              Page 4 of 4
Date Rcvd: Jul 16, 2026                          Form ID: plncf13                         Total Noticed: 59

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Dahlia I Velazquez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4